1 | PHILLIP A. TALBERT
United States Attorney
2 | ADRIAN T. KINSELLA
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5 |
Attorneys for Plaintiff
6 | United States of America

**FILED**

**Feb 14, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
12 | FOR AN ORDER AUTHORIZING THE
INSTALLATION AND USE OF PEN
13 | REGISTERS AND TRAP AND TRACE
DEVICES FOR A CELLULAR TELEPHONE
14 | ASSIGNED CALL NUMBER 707-410-9548,
WITH 707-410-9548
15

CASE NO.    2:22-sw-0097 KJN

SEALING ORDER

**UNDER SEAL**

16

17 | **S E A L I N G   O R D E R**

18 |     Upon Application of the United States of America and good cause having been shown,

19 |     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

20 | SEALED until further order of this Court.

21

22 | Dated:      February 14, 2022

23 | Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

24

25

26

27

28

SEALING ORDER

1